

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**TERRY NAFISI**
District Court Executive and
Clerk of Court

Date: Sept. 13, 2012

FILED 2012 SEP 24 PM 2:11 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. RIVERSIDE BY: ___

Eastern _____ District Of Pennsylvania
James A. Byrne United States Courthouse
601 Market St., Rm. 2609, Philadelphia, PA  19106-1797
Transfer of ☑ Criminal Case  or  ☐ Magistrate Case
Case No. ED 12MJ 298 _____  Case Title: USA v. Carlls Camacho

Dear Sir/Madam:

**Pursuant to F.R.CR.P. 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☑ This is an electronically filed case and the documents are available through pacer
☑ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond       or   ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport   or   ☐ Declaration re:  Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☑ Other  Further proceedings held on 9/5/12, lifting stay on removal of defendant

**Pursuant to ☐ F.R.CR.P. 20 / ☐ F.R.CR.P. 21:**
☐ This is an electronically filed case and the documents are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport                or   ☐ Declaration re:  Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other ___

**Note: Documents filed on or after January 1, 2007 are available electronically through PACER.
Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By  M. Mead
      Deputy Clerk

cc:   *U.S. Attorney -Central District of California and Receiving District, Pretrial Services*

---

### TO BE COMPLETED BY RECEIVING DISTRICT

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☐ CrimIntakeCourtDocs-LA@cacd.uscourts.gov    (Los Angeles Offices)
☑ CrimIntakeCourtDocs-RS@cacd.uscourts.gov    (Riverside Office)
☐ CrimIntakeCourtDocs-SA@cacd.uscourts.gov    (Santa Ana Office)

Case No: 12-93-6

Date: Sept. 17, 2012

Clerk, U.S. District Court

By: _____
    Deputy Clerk

CR-48 (09/10)          LETTER RE:  F.R.CR.P. 5, 20 and 21 - TRANSFER OUT